AO 450 (Rev. 11/11) Judgment in a Civil Action

## UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

**Dec 16, 2025**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEAN F. MCAVOY, CLERK

FELIX R.F.

|  | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) |
| FRANK BISIGNANO, | ) |
| COMMISSIONER OF SOCIAL SECURITY | ) |
| *Defendant* | |

Civil Action No.   1:25-CV-03068-ACE

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Court Order at ECF No. 19, Plaintiff's motion to reverse and remand for an immediate award of benefits, ECF No. 12, is GRANTED IN PART. Defendant's motion to reverse and remand for additional proceedings, ECF No. 17, is DENIED.
The matter is REVERSED AND REMANDED to the Commissioner.
Judgment is entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Alexander C. Ekstrom.

Date:   12/16/2025

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*